■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JAMES JOHN SWAN, Defendant. — Motion to change venue of trial of indictment from Cattaraugus County denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Cattaraugus County (CPL 230.20, subd 2). If it develops during the *voir dire* that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. (See *People v Di Piazza*, 24 NY2d 342; *People v Hatch*, 46 AD2d 721; *People v Sekou*, 45 AD2d 982, app dsmd 35 NY2d 844.) Present — Dillon, P. J., Simons, Doerr, Boomer and Moule, JJ. (Order entered Dec. 3, 1982.)

■ BURNETT ASSOCIATES, LTD., Appellant, v ROBERT VAN WINKLE, Respondent. — Motion to cure omission of failure to file the notice of appeal denied. No appeal lies from a judgment or order entered upon the default of the aggrieved party (CPLR 5511). (Order entered Dec. 3, 1982.)

■ WESTERN REGIONAL OFF-TRACK BETTING CORP., Petitioner, v NEW YORK STATE RACING AND WAGERING BOARD, Respondent. — Motion insofar as it requests dismissal on ground that order not appealable as of right granted (CPLR 5701, subd [b], par 1; 7804, subd [g]); insofar as it requests dismissal of proceeding and vacatur of stay for petitioner's failure to perfect granted unless petitioner's records and briefs are filed and served on or before December 21, 1982.